# Court of Appeals
# of the State of Georgia

ATLANTA,___March 12, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1104. JAMES REYNOLDS v. THE STATE.**

James Reynolds was convicted of robbery, aggravated assault, kidnapping with bodily injury, and simple battery. We affirmed his convictions on appeal. *Reynolds v. State*, 234 Ga App. 884 (508 SE2d 674) (1998). Nearly 15 years later, Reynolds filed a pro se Motion for Leave to File an Out of Time Appeal. The trial court denied the motion, and Reynolds filed this direct appeal.

"An out-of-time appeal serves as the remedy for a frustrated right of appeal for a criminal defendant whose conviction has not been reviewed by an appellate court." (Punctuation and citation omitted.) *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009). An out-of-time appeal is not available to a defendant whose conviction has already been reviewed on direct appeal. *Richards v. State*, 275 Ga, App. 190, 191 (563 SE2d 856) (2002); *Milliken v. State*, 259 Ga. App. 144, 145 (575 SE2d 910) (2003). As noted, we have already reviewed Reynolds' conviction. Because he is not entitled to an out-of-time appeal at this juncture, this appeal from the denial of his motion for out-of-time appeal is hereby DISMISSED. See *Brown v. State*, 296 Ga. App. 224 (674 SE2d 91) (2009).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 03/12/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*